No. 64719.—Atkins, Kroll & Co. et al. *v.* United States, protests 59/25570, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire of a type substantially used for fencing purposes, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 13, 1960

No. 64720.—All Boro Metal Products Co., Inc. *v.* United States, protest 59/32364 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64721.—Milo Merchandise Company *v.* United States, protest 59/33726 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64722.—P. John Hanrahan, Inc. *v.* United States, protest 59/33729 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64723.—Dunnington & Arnold, Inc. *v.* United States, protest 59/33788 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.